1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9  RAFAEL BARRAGAN OCHOA,

10          Plaintiff,

11      v.

12  COMMISSIONER OF
    SOCIAL SECURITY,

13

14          Defendant.

Case No. 1:19-cv-01686-JDP

ORDER GRANTING MOTION TO
PROCEED IN FORMA PAUPERIS

ECF No. 2

15      Plaintiff Rafael Barragan Ochoa proceeds in this Social Security appeal represented by

16  counsel.  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  ECF No. 2.

17  Plaintiff has submitted a declaration regarding her financial circumstances.  *Id.*  I find that

18  plaintiff's declaration satisfies the requirements under § 1915 and therefore grant plaintiff's

19  motion to proceed *in forma pauperis*.  I also direct a United States Marshal to serve defendant

20  Commissioner of Social Security.  *See* Fed. R. Civ. P. 4(c)(3).

21      **Order**

22      a.  Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

23      b.  The court orders service of process on defendant:

24          i.  The clerk must issue summons.

25          ii.  The United States Marshals Service must serve a copy of the complaint,

26              summons, and this order on defendant.

27          iii.  Plaintiff must assist the marshal upon request.

28

iv.  The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:  December 3, 2019

UNITED STATES MAGISTRATE JUDGE

No. 205.