UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BARRAGAN OCHOA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-01686-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR A REMAND AND ORDERING THAT THE CLERK ENTER A FINAL JUDGMENT IN FAVOR OF PLAINTIFF<br><br>ECF No. 20 |

The parties' stipulated request for a remand, ECF No. 20, is granted. Pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded for further administrative action. The clerk of court is directed to enter a final judgment in favor of plaintiff and against defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   September 28, 2020                   _____
                                              UNITED STATES MAGISTRATE JUDGE

No. 205.